GAETANO CASSARO, Respondent, v. MARC B. FRANCIS et al., Appellants.— Same decision and like cause of action as in companion case of *Cassaro* v. *Francis* (*ante,* p. 1220). Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ.

In the Matter of the APPOINTMENT OF A MEMBER OF THE COMMITTEE ON CHARACTER AND FITNESS OF APPLICANTS FOR ADMISSION TO THE BAR IN THE SEVENTH JUDICIAL DISTRICT.— Perry E. Leary, Esq., appointed a member of the committee in the place of Hon. Adolph J. Rodenbeck, resigned.

GLORIA L. FITZGERALD, Plaintiff, v. JOHN T. FITZGERALD, Defendant.— Appeals dismissed, without costs upon stipulation.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. IRA WARD, Appellant.— Appeal dismissed, without costs upon stipulation.

BERNEICE I. NEFF, as Administratrix of the Estate of LEROY E. NEFF, Deceased, Appellant, v. GENEVA GENERAL HOSPITAL, Respondent.— Appeal dismissed, without costs upon stipulation.

WATSON ELEVATOR COMPANY, Respondent, v. DAHLSTROM METALLIC DOOR COMPANY, Appellant.— Appeal dismissed, without costs upon stipulation.

SAM SPATUZZI, Doing Business as SAMMY'S GARAGE, Respondent, v. LEO B. LIA, Doing Business as LEO CLEANERS & DYERS, Appellant.— Appeal dismissed, without costs upon stipulation.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, against RUBY WILLIAMS, Appellant.— Motion granted and appeal dismissed.

MILTON B. TRAPHAGEN et al., Respondents, v. JAMES FAZZARY et al., Appellants.— Motion granted and appeal dismissed, with costs, together with $10 motion costs.

MARGARET REED, Respondent, v. EVERETT F. REED, Appellant.— Motion to vacate order of dismissal granted on condition printed records and briefs are filed and served on or before July 1, 1955. [See *ante,* p. 1117.]

In the Matter of ONEIDA COUNTY FOREST PRESERVE COUNCIL et al., v. LOUIS WEHLE, as New York State Conservation Commissioner, et al.— Motion granted to permit action to be brought by Oneida County Forest Preserve Council and/or Ralph Atwater, individually or as president of the council.